UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIAN LIEBERT, TIM SESTRICH | CIV ACTION NO.:  20-970 |
| Plaintiffs, | |
| v. | |
| JESSE H. JONES, DOUG COLVARD, SEAN VALLE | JULY 14, 2020 |
| Defendants. | |

## PETITION FOR REMOVAL TO FEDERAL COURT

The undersigned Defendants, Jesse H. Jones, Doug Colvard and Sean Valle ("Defendants"), by and through their attorneys, Ryan Ryan Deluca LLP, file this Notice of Removal pursuant to 28 U.S.C. § 1441 et. seq.   The Defendants submit that the United States District Court for the District of Connecticut has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) and this matter may be removed to the District Court in accordance with the procedures provided by 28 U.S.C  § 1446.   In support of this Petition, Defendants state as follows:

1.      On June 28, 2020, defendant Sean Valle was served with a Complaint returnable to the court on August 11, 2020 in the Superior Court of the State of Connecticut, judicial district of Stamford/Norwalk at Stamford.   A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit A**.   In addition, a true and correct copy of the Return of Service filed in the State Court Action is attached hereto as **Exhibit B**.

3.      On June 29, 2020, defendant Doug Colvard was served with a Complaint returnable to the court on August 11, 2020 in the Superior Court of the State of Connecticut, judicial district of Stamford/Norwalk at Stamford.  A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit A**.  In addition, a true and correct copy of the Return of Service filed in the State Court Action is attached hereto as **Exhibit C**.

4.      On July 3, 2020, defendant Jesse Jones was served with a Complaint returnable to the court on August 11, 2020 in the Superior Court of the State of Connecticut, judicial district of Stamford/Norwalk at Stamford.  A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit A**.  In addition, a true and correct copy of the Return of Service filed in the State Court Action is attached hereto as **Exhibit D**.

5.      The Complaint sounds in legal malpractice against the Defendants.

6.      On the face of the Complaint, the Plaintiffs are seeking damages in excess of $850,000.00.

7.      According to 28 U.S.C. § 1332(a), "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between  . . . (2) citizens of a State and citizens or subjects of a foreign state."

8.      According to 28 U.S.C. § 1441 (b), an action "shall be removable . . . if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."

9.      The Plaintiff, Brian Liebert, is a resident of the State of Connecticut.  (Ex. A at ¶ 1).

10.     The Plaintiff, Tim Sestrich, is a resident of the State of Pennsylvania.  (Ex. A at ¶ 2).

11.     The Defendants, Jesse Jones, Doug Colvard and Sean Valle are all residents of the State of North Carolina. (Ex. A at ¶¶ 4, 5, 6.).

12.     The State Court Action is therefore one over which the United States District Court for the District of Connecticut has original jurisdiction over based upon diversity of citizenship under 28 U.S.C. § 1332(a)(1) and this action may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441(a).

13.     This petition is being filed pursuant to 28 U.S.C. § 1446(b) within thirty days of the date of first service of the Complaint upon the Defendants.

14.     This Petition for Removal has been signed pursuant to Fed.R.Civ.P. 11.

WHEREFORE, Defendants respectfully request that this action be removed from the Superior Court of the State of Connecticut, judicial district of Stamford/Norwalk at Stamford, to the United States District Court for the District of Connecticut.

                                    DEFENDANTS,
                                    JESSE H. JONES, DOUG COLVARD, AND
                                    SEAN VALLE


                            By:___/s/(ct05255)_____
                                    Charles A. Deluca, Esq.(ct05255)
                                    Ryan Ryan Deluca LLP
                                    707 Summer Street
                                    Stamford, CT 06901
                                    Phone:  203-357-9200
                                    cadeluca@ryandelucalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of the filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Courts CM/ECF System.

_____/s/_____
Charles A. Deluca, Esq.

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 123 Hoyt Street, Stamford CT 06905 | ( 203 ) 965 – 5308 | August 11, 2020 |

| | | At *(City/Town)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| [x] Judicial District | G.A. | Stamford | Major: T | Minor: 29 |
| [ ] Housing Session | Number: | | | |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Thomas A. Virgulto, Esq., Hill & Hill, LLC, 2E Samson Rock Drive, Madison CT 06443 | 407319 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 245 – 4900 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. [ ] Yes [x] No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: **LIEBERT, BRIAN**<br>Address: **28 Colony Road, Westport, CT 06880** | P-01 |
| Additional plaintiff | Name: **SESTRICH, TIM**<br>Address: **927 Country Club Drive, Pittsburgh PA 15228** | P-02 |
| First defendant | Name: **JONES, JESSE H.**<br>Address: **4920 Birchleaf Drive, Raleigh, NC 27606** | D-01 |
| Additional defendant | Name: **COLVARD, DOUG**<br>Address: **408 Kellyridge Drive, Apex, NC 27502** | D-02 |
| Additional defendant | Name: **VALLE, SEAN**<br>Address: **3939 Glenwood Avenue, Apt. 808, Raleigh, NC 27612** | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 2 | Total number of defendants: 3 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | [x] Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 06/17/2020 | | [ ] Clerk | Thomas A. Virgulto |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

| Print Form | Page 1 of 2 | Reset Form |
|---|---|---|

**SUMMONS - CIVIL**

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*

For information on
ADA accommodations,
contact a court clerk or
go to: www.jud.ct.gov/ADA

**Instructions are on page 2.**

[ ] Select if amount, legal interest or property in demand, not including interest and costs, is LESS than $2,500.

[X] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

[ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| | |
|---|---|
| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
| 123 Hoyt Street, Stamford CT 06905 | ( 203 ) 965 – 5308 | August 11, 2020 |

| | | | | |
|---|---|---|---|---|
| [X] Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* | |
| [ ] Housing Session | [ ] Number. | Stamford | Major: T | Minor: 29 |

**For the plaintiff(s) enter the appearance of:**

| | |
|---|---|
| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
| Thomas A. Virgulto, Esq., Hill & Hill, LLC, 2E Samson Rock Drive, Madison CT 06443 | 407319 |

| | |
|---|---|
| Telephone number | Signature of plaintiff *(if self-represented)* |
| ( 203 ) 245 – 4900 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   [ ] Yes  [X] No

Email address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*

| Parties | | Name (Last, First, Middle initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|---|
| First plaintiff | Name: | LIEBERT, BRIAN | P-01 |
| | Address: | 28 Colony Road, Westport, CT 06880 | |
| Additional plaintiff | Name: | SESTRICH, TIM | P-02 |
| | Address: | 927 Country Club Drive, Pittsburgh PA 15228 | |
| First defendant | Name: | JONES, JESSE H. | D-01 |
| | Address: | 4920 Birchleaf Drive, Raleigh, NC 27606 | |
| Additional defendant | Name: | COLVARD, DOUG | D-02 |
| | Address: | 408 Kellyridge Drive, Apex, NC 27502 | |
| Additional defendant | Name: | VALLE, SEAN | D-03 |
| | Address: | 3939 Glenwood Avenue, Apt. 808, Raleigh, NC 27612 | |
| Additional defendant | Name: | | D-04 |
| | Address: | | |

| Total number of plaintiffs: 2 | Total number of defendants: 3 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | | Name of person signing |
|---|---|---|---|
| 06/17/2020 | | [X] Commissioner of Superior Court  [ ] Clerk | Thomas A. Virgulto |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

| [ ] Print Form | Page 1 of 2 | [ ] Reset Form |
|---|---|---|

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons in each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do **not** use this summons for the following actions
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals

   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act - C.G.S 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| | | | | T 11 | Defective Premises - Public - Snow or Ice |
| Eminent Domain | E 00 | State Highway Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 10 | Redevelopment Condemnation | | T 20 | Products Liability - Other than Vehicular |
| | E 20 | Other State or Municipal Agencies | | T 28 | Malpractice - Medical |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 29 | Malpractice - Legal |
| | E 90 | All other | | T 30 | Malpractice - All other |
| | | | | T 40 | Assault and Battery |
| Housing | H 10 | Housing - Return of Security Deposit | | T 50 | Defamation |
| | H 12 | Housing - Rent and/or Damages | | T 61 | Animals - Dog |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 69 | Animals - Other |
| | H 50 | Housing - Administrative Appeal | | T 70 | False Arrest |
| | H 60 | Housing - Municipal Enforcement | | T 71 | Fire Damage |
| | H 90 | Housing - All Other | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicles* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicles* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other |
| | M 68 | Bar Discipline - Inactive Status | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 83 | Small Claims Transfer to Regular Docket | | W 90 | All other |
| | M 84 | Foreign Protective Order | | | |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

RETURN DATE: August 11, 2020            :        SUPERIOR COURT

BRIAN LIEBERT and TIM SESTRICH     :        J.D. OF STAMFORD-NORWALK

VS.                                                    :        AT STAMFORD

JESSE H. JONES, DOUG COLVARD,      :        JUNE 17, 2020

and SEAN VALLE

## COMPLAINT

<u>FIRST COUNT.</u>        (As against the Defendants JESSE JONES, DOUG COLVARD, and
SEAN VALLE.)

1.  At all times mentioned herein, the Plaintiff BRIAN LIEBERT (hereinafter referred to
    as "LIEBERT") was a resident of the State of Connecticut, residing at 28 Colony
    Road, Westport, CT 06880.

2.  At all times mentioned herein, the Plaintiff TIM SESTRICH (hereinafter referred to
    as "SESTRICH") was a resident of the State of Pennsylvania, residing at 927 Country
    Club Drive, Pittsburgh, PA 15228.

3.  At all times mentioned herein, upon information and belief, FOURSCORE
    BUSINESS LAW (hereinafter referred to as "FOURSCORE") was a North Carolina
    law firm, licensed to practice law in North Carolina, with an office at 16 West Martin
    Street, Suite 9007, Raleigh, NC 27601.

4.  At all times mentioned herein, upon information and belief, Defendant JESSE H.
    JONES (hereinafter referred to as "JONES") was an attorney licensed to practice law
    in North Carolina, was the owner of FOURSCORE, and practices law at their offices,
    doing business as FOURSCORE.

5.  At all times mentioned herein, upon information and belief, Defendant DOUG
    COLVARD (hereinafter referred to as "COLVARD") was an attorney duly licensed
    to practice law in North Carolina, practiced law at FOURSCORE, doing business as
    FOURSCORE, and joined JONES in representing Plaintiffs in the sale of Taxaroo to
    Happy Tax Holding Corp.

6.  At all times mentioned herein, upon information and belief, SEAN VALLE
    (hereinafter referred to as "VALLE") was an attorney duly licensed to practice law in
    North Carolina, practiced law at FOURSCORE, doing business as FOURSCORE,
    and joined JONES in representing Plaintiffs in the sale of Taxaroo to Happy Tax
    Holding Corp.

7.  That the Plaintiffs were the owners of Taxaroo, Inc., a Delaware corporation.

8.  On August 23, 2019, Plaintiffs entered into an agreement (hereinafter referred to as the "Agreement") to sell Taxaroo, Inc. for $350,000.00, plus other consideration not relevant to this law suit to Happy Tax Holding Corp.. The $350,000.00 was payable as follows: (a) $50,000.00 upon signing of the Agreement, which was paid; (b) $100,000.00 on or before April 30, 2020, which was not paid; (c) $50,000.00 on or before April 30, 2021, which was not paid; (d) $50,000.00 on or before April 30, 2022, which was not paid; and (d) two (2) convertible Promissory Notes totaling $100,000.00, which were not paid.

9.  That on or about July 24, 2019, the Defendants undertook to represent the Plaintiff in the sale of Taxaroo, Inc. to Happy Tax Holding Corp.

10. That the Defendants failed to include an acceleration clause of any of the said notes totaling $300,000.00.

11. That the Plaintiffs in said sale of Taxaroo were granted a UCC security interest in the assets of Taxaroo, Inc., as well as the shares of stock of Taxaroo, Inc..

12. That Defendants failed to perfect said lien in a timely fashion allowing prior liens to be filed on the collateral set forth in Paragraph 10 of the Complaint.

13. That the collateral which was to be secured by the UCC filing had a value in excess of $850,000.00.

14. That the failure of the Defendants to timely perfect the UCC filings and their failure to obtain an acceleration clause on the Promissory Notes constitute malpractice by the Defendants.

15. That Plaintiffs sustained the following damages: (i) Inability to recover Taxaroo, Inc in the sum of $850,000.00; (ii) legal fees to FOURSCORE in excess of $4,000.00; (iii) lost interest on Promissory Notes; (iv) legal fee relating to Happy Tax Holding, Inc. and UCC filings in the sum of $10,000.00; for a total of $864,000.00, plus interest and the costs and disbursements of this action.

16. That the Plaintiffs' damages would not have occurred but for the malpractice of Defendants.

17. That as a result of Defendants malpractice, Plaintiffs has been damaged in a sum in excess of $850,000.00.

18. Wherefore, Plaintiff's demand Judgment against the Defendants in a sum not less than $850,000.00, plus interest, costs and disbursements of this action.

THE PLAINTIFFS

By _____
Thomas A. Virgulto #407319
Hill & Hill, LLC
2E Samson Rock Drive
Madison, CT 06443
(203) 245-4900
(203) 245-1992 [Fax]
tvirgulto@hill-hill.com

| | | |
|---|---|---|
| RETURN DATE: August 11, 2020 | : | SUPERIOR COURT |
| BRIAN LIEBERT and TIM SESTRICH | : | J.D. OF STAMFORD-NORWALK |
| VS. | : | AT STAMFORD |
| JESSE H. JONES, DOUG COLVARD, | : | JUNE 17, 2020 |
| and SEAN VALLE | | |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiffs hereby each claim damages in excess of FIFTEEN THOUSAND ($15,000.00 AND 00/100) DOLLARS, exclusive of costs and interest.

THE PLAINTIFFS

By _____
        Thomas A. Virgulto #407319
        Hill & Hill, LLC
        2 ESamson Rock Drive
        Madison, CT 06443
        (203) 245-4900
        (203) 245-1992 [Fax]
        tvirgulto@hill-hill.com

# EXHIBIT B

STATE OF CONNECTICUT
SUPERIOR COURT

---

BRIAN LIEBERT AND TIM SESTRICH,                              Plaintiff(s) – Petitioner(s)


V.


JESSE H. JONES, DOUG COLVARD,
AND SEAN VALLE                                              Defendant(s) – Respondent(s)

---

STATE OF NORTH CAROLINA
COUNTY OF WAKE                ss :


**Gregory Mike**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **6/28/2020** at **10:47 AM**, I served a true copy of a **SUMMONS- CIVIL, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND** upon **SEAN VALLE** at 3939 Glenwood Avenue, Apt. 808, Raleigh, NC 27612 in the manner indicated below:

| Individual [ X ] | By delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as Recipient. Recipient was identified by self-admission |
| --- | --- |

| Approximate Description of Receipt | Male | White | Black | 30's | 5'6" | 160 lbs. | Brown eyes |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |


Sworn to before me this
_____ day of _July_, 20 20

_____
Notary Public

_____
Gregory Mike
7413 Six Forks Road Ste. 216
Raleigh, NC 27615
800-637-1605

# EXHIBIT C

STATE OF CONNECTICUT
SUPERIOR COURT

BRIAN LIEBERT AND TIM SESTRICH,                              Plaintiff(s) – Petitioner(s)

V.                                                           ―――――――

JESSE H. JONES, DOUG COLVARD,
AND SEAN VALLE                                               Defendant(s) – Respondent(s)

STATE OF NORTH CAROLINA
COUNTY OF WAKE                    ss.:

**Gregory Mike**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On **6/29/2020** at **11:30 AM**, I served a true copy of a **SUMMONS- CIVIL, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND** upon **DOUG COLVARD** at **408 KELLYRIDGE DRIVE APEX, NC 27502** in the manner indicated below:

**Individual**    By delivering thereat a true copy of each to said recipient personally; deponent knew the
**[ X ]**        person so served to be the person described herein by deponent asking the person if he or
           she is the named Recipient and the person responding that he or she is in fact the person
           named in this action as Recipient. Recipient was identified by self-admission.

| **Approximate Description of Receipt** | Male | White | Black | 40's | 5'5" | 150 lbs. | Brown eyes |
|---|---|---|---|---|---|---|---|
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

Sworn to before me this
___1___ day of ___July___, 20 20

_Notary Public signature_
Notary Public

_Gregory Mike signature_
Gregory Mike
7413 Six Forks Road Ste. 216
Raleigh, NC 27615
800-637-1805

# EXHIBIT D

SUPERIOR COURT
J.D OF STAMFORD-NORWALK
AT STAMFORD

BRIAN LIEBERT AND TIM SESTRICH,                          Plaintiff(s) – Petitioner(s)


V.


JESSE H. JONES, DOUG COLVARD,
AND SEAN VALLE                                           Defendant(s) – Respondent(s)

STATE OF NORTH CAROLINA
COUNTY OF WAKE                    ss.:

**Gregory Mike**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of 18 years and not a party to this action.

On 7/03/2020 at 10:05 AM, I served a true copy of a SUMMONS- CIVIL, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND upon JESSE H. JONES at 4920 BIRCHLEAF DRIVE, RALEIGH NC 27606 in the he manner indicated below:

| Suitable age Person [ X ] | By delivering a true copy of each and leaving with Laura Jones who is known to be the Wife and a competent household member over 14 years of age residing therein.  Said premises is recipients [ X ] usual place of abode within the state     [ ] actual place of business |
| --- | --- |

| Approximate Description of Receipt | Female | White | Black | 30s | 5'9" | 160 lbs. | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Sex | Skin | Hair Color | Age | Height | Weight | Other |

Gregory Mike
7413 Six Forks Road Ste. 216
Raleigh, NC 27615
800-637-1805

Sworn to before me this
_____ day of _____ 20 __

Notary Public

My Commission Expires _____